IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jamar Evans, | NO. C 07-01430 JW |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS; DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| Michael J. Astrue, | |
| Defendant. | |

On June 20, 2007, Defendant filed an unopposed motion to dismiss. (Docket Item No. 12.) Defendant moved to dismiss on the ground that the Court lacks jurisdiction over the action based on Plaintiff's failure to exhaust administrative remedies. See id. This case was originally assigned to Magistrate Judge Patricia Trumbull. On July 31, 2007, Magistrate Judge Trumbull issued a Report and Recommendation, recommending that the motion be granted without prejudice to refiling once administrative remedies are properly exhausted. (See Docket Item No. 16.) The matter was reassigned to this Court for adjudication. (See Docket Item No. 52.)

Any party may serve and file specific written objections to a magistrate judge's report and recommendation within ten (10) working days after being served with a copy. See 28 U.S.C. § 636 (b)(1)(C); Fed. R. Civ. P. 72(b); Civil L.R. 72-3. Failure to file objections within the specified time may waive the right to appeal the court's order.

Judge Trumbull's Report was filed on July 31, 2007. To date, no objections have been filed. Accordingly, the Court adopts Judge Trumbull's Report and Recommendation and DISMISSES this the Complaint without prejudice.

The Clerk shall close this file.

Dated: August 24, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mary Patricia Parnow mary.parnow@ssa.gov

Jamar Evans
Post Office Box 25
Atwater, CA 95301

| | |
|---|---|
| **Dated:  August 24, 2007** | **Richard W. Wieking, Clerk** |
| | **By: /s/JW Chambers**<br>        **Elizabeth Garcia**<br>        **Courtroom Deputy** |